**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:08-cv-549-RJC-DCK**

| | |
|---|---|
| HASTINGS VILLAGE INVESTMENT COMPANY, LP, | |
| *Plaintiff,* | |
| v. | **ORDER TO ADMIT PRO HAC VICE** |
| COMMERCIAL DEFEASANCE, LLC, et al., | |
| *Defendant.* | |

Upon motion and for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Jordan L. Lurie with the firm of Weiss & Lurie is hereby admitted *pro hac vice* for the purpose of representing Plaintiff Hastings Village Investment Company, LP in the above-captioned action. Attorney Paul R. Dickinson, Jr., who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: December 4, 2008

David C. Keesler
United States Magistrate Judge